UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | Case Nos. 1:20-cv-03438-TNM<br>　　　　　1:21-cv-01198-TJK<br>　　　　(consolidated cases) |

**DEFENDANTS' NOTICE OF FILING A CERTIFIED LIST
OF THE CONTENTS OF THE ADMINISTRATIVE RECORDS**

Pursuant to LCvR 7(n), and this Court's Minute Order of October 20, 2022, Defendants, by their undersigned counsel, hereby give notice of the filing of the certified list of the contents of the administrative records responsive to Plaintiffs' claims in the Amended Complaint in the above-captioned cases. Am. Compl. for Decl. & Injunctive Relief, ECF No. 17 ("Am. Compl."). All documents have been provided to counsel for Plaintiffs, Julie B. Axelrod, by electronic means.

As detailed below, there are three primary records for this action. Plaintiffs have brought nine claims[1] against three separate federal agencies—the Department of Justice ("DOJ"), the Department of State ("DOS"), and the Department of Homeland Security ("DHS"). Each of the three records is separately certified and indexed. In some cases, where different agency officials oversaw the compilation of documents related to different claims brought against the agency, there is more than one certifying declaration.

---

[1] Two claims—Counts I & XI—were dismissed by the Court's August 11, 2022 Order (ECF No. 27). No records have been compiled for the dismissed claims.

NOTICE OF FILING CERTIFIED LIST OF
CONTENTS OF THE ADMINISTRATIVE RECORDS - 1 -

Defendants continue to dispute the existence of final agency actions reviewable under the Administrative Procedure Act ("APA") and their compilation and production of documents here does not constitute a waiver of their argument that one or more of the alleged policies and programs do not constitute a final agency action subject to judicial review or their argument that the National Environmental Policy Act does not apply to one or more of the claims.

1. **DOJ Record (Count VII) – "Failure to Prepare an EIS or EA for Reinstating Administrative Closure in EOIR's Immigration Courts."**

    The DOJ Record consists of 244 pages, bates numbered DOJ_00001 to 00244. This record contains documents responsive to allegations in Count VII of the Amended Complaint in this action as they pertain the Attorney General's decision in *Matter of Cruz-Valdez* to reinstate administrative closure. The record is certified by DOJ employee Donna Carr.

    DOJ's index and certification are attached hereto as Exhibit 1.

2. **DOS Record (Count III) – Termination of Asylum Cooperative Agreements and (Count VIII) – "Failure to Prepare an EIS or EA for Expanding Refugee Resettlement Program."**

    The DOS Record consists of 109 pages, bates numbered STATE 000001 to 000109. This record contains documents responsive to (i) allegations in Count III of the First Amended Complaint only insofar as they pertain the termination of the Asylum Cooperative Agreements with El Salvador, Guatemala, and Honduras and (ii) allegations in Count VIII of the First Amended Complaint of an expansion of the refugee resettlement program through the issuance of a Notice of Funding Opportunity for FY 2022. The portion of the record relating to Count III is certified by DOS employee Joanna G. Coyne and the portion of the record relating to Count VIII is certified by DOS employee Margaret S. Pickering, who has since retired from federal service.

    DOS's index and certifications are attached hereto as Exhibit 2.

3. **DHS Record (Counts II, III, IV, V, VI, IX, & X)**

Due to the sheer number of claims and agency components involved in the policies and programs Plaintiffs challenge, the DHS Record is divided into sections by count in the First Amended Complaint, with each section containing documents responsive to the specific counts against DHS. In some cases, DHS had already compiled and lodged an administrative record for the challenged action in connection with other litigation. For those claims where DHS has previously lodged or otherwise provided an administrative record to a plaintiff in another case, DHS re-submits the same record with additional bates stamp using the format set forth in the table below.

In total, the DHS Record consists of 9,264 pages, bates numbered DHS_MCIR_0000001 to 0009264 in eight separate sections divided by claim, as follows:

| SECTION | CLAIM | BATES RANGE |
|---|---|---|
| 1 | COUNT II—Termination of Border Wall Construction | DHS_MCIR_0000001 to 0000177 |
| 2 | COUNT III—Termination of Migrant Protection Protocols | DHS_MCIR_0000178 to 0003877 |
| 3 | COUNT III—Alleged Termination of PACR and HARP[2] | DHS_MCIR_0008978 to 0009201 |
| 4 | COUNT IV—Alleged "Permission Slip" Policy | DHS_MCIR_0008655 to 0008847 |
| 5 | Count V—February 18, 2021 Memo | DHS_MCIR_0003878 to 0008654 |
| 6 | COUNT VI—Fines | DHS_MCIR_0009202 to 0009264 |
| 7 | Count IX—Central American Minors Program | DHS_MCIR_0008848 to 0008958 |
| 8 | Count X—Afghan Parole Memorandum | DHS_MCIR_0008959 to 0008977 |

---

[2] DHS disputes the existence of a final agency action reviewable under the Administrative Procedure Act to "terminate" the PACR and HARP pilot programs. Nevertheless, DHS has compiled documents related to DHS's cessation of the programs beginning in March 2020 as a result of the COVID-19 pandemic.

With respect to Count IV, DHS denies there is or ever was a "policy of giving permission slips to seek more permanent legal status to those illegal border crossers they meet, and helping them board buses to destinations within the interior of the country."  Am. Compl. ¶¶ 110, 233. Defendants maintain that Plaintiffs have failed to describe any DHS program with reasonable accuracy.  However, based on Defendants' good faith review of the allegations in the First Amended Complaint, and conferral with Plaintiffs' counsel, Defendants have produced a record for DHS's guidance relating to prosecutorial discretion and issuance of Notices to Report (NTR), as issued in March 2021.

DHS's indices and certifications are attached hereto as Exhibit 3.

Dated:  December 15, 2022

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Erika Norman*
ERIKA NORMAN (CA 268425)
SEAN C. DUFFY (NY 4103131)
Trial Attorneys
Natural Resources Section
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0475
Fax: (202) 305-0506
email:  erika.norman@usdoj.gov
          sean.c.duffy@usdoj.gov

*Attorneys for Defendants*