# EXHIBIT 1

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case Nos. 1:20-cv-03438-TNM <br> 1:21-cv-01198-TJK <br> (consolidated cases) |

## DECLARATION OF DONNA CARR

## CERTIFICATION OF INDEX TO THE RECORD OF PROCEEDING *MATTER OF CRUZ-VALDEZ*, 28 I. & N. DEC. 326 (A.G. 2021)

I, Donna Carr, declare as follows:

I am the Chief Clerk for the Board of Immigration Appeals, Executive Office for Immigration Review (EOIR), U.S. Department of Justice.

I hereby certify that the documents indexed in the appended document constitute EOIR's administrative record, known as the Record for Proceeding ("ROP"), for the matter of Fernando Cruz-Valdez. On June 28, 2021, EOIR transmitted the Record of Proceeding electronically to the Office of the Attorney General pursuant to 8 C.F.R. § 1003.1(h)(1)(i). On July 15, 2021, the Office of the

Attorney General issued *Matter of Cruz Valdez*, 28 I.&N. Dec. 326 (A.G. 2021), remanding the case to EOIR for further proceedings. The certified ROP includes the parties' filings and all orders and opinions issued by EOIR that were sent to Attorney General pursuant to 8 C.F.R. § 1003.1(h)(1)(i). The certified ROP also includes the Attorney General's decision and the filings and orders issued in Mr. Cruz-Valdez's case after it was remanded by the Attorney General to EOIR for further proceedings.

These documents are responsive to Count VII of Plaintiffs' First Amended Complaint in the above captioned case which challenges the Attorney General's decision in *Matter of Cruz Valdez*. EOIR's filing of the ROP is not a concession that the Attorney General's decision is subject to judicial review in federal district court.

Executed this 13th day of December 2022 in Falls Church, Virginia.

_Donna Carr_
Donna Carr
Chief Clerk,
Board of Immigration Appeals
Executive Office for Immigration Review
U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASSACHUSETTS COALITION FOR
IMMIGRATION REFORM, *et al.*,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        Defendants.

Case Nos. 1:20-cv-03438-TNM
1:21-cv-01198-TJK

## INDEX OF ADMINISTRATIVE RECORD

| DOCUMENT NUMBER | BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|
| 1 | DOJ_00001-00002 | Order of the Immigration Judge granting administrative closure (August 17, 2022) |
| 2 | DOJ_00003 | Notice of Hearing in Removal Proceeding (April 28, 2022) |
| 3 | DOJ_00004-00006 | Notice of Entry of Appearance Before Immigration Court; Form EOIR-28 (April 28, 2022) |
| 4 | DOJ_00007 | Notice of Hearing in Removal Proceeding (February 18, 2022) |
| 5 | DOJ_00008-00010 | Decision of the Board of Immigration Appeals (October 29, 2022); Exhibit Group #12 |
| 6 | DOJ_00011-00012 | Notification of Attorney General Remand (September 14, 2021) |
| 7 | DOJ_00013-00016 | Notice of Entry of Appearance Before the Board of Immigration Appeals; Form EOIR-27 (September 9, 2021) |
| 8 | DOJ_00017-00021 | Matter of Cruz-Valdez, 28 I&N Dec. 326 (A.G. 2021) (July 15, 2021); Exhibit Group #12 |
| 9 | DOJ_00022-00025 | Decision of the Board of Immigration Appeals (July 31, 2018); Exhibit Group #11 |
| 10 | DOJ_00026-00027 | Notice - Briefing Extension Request Granted (March 7, 2018) |

| 11 | DOJ_00028-00035 | DHS Motion for Summary Affirmance (Filed April 12, 2018) |
| --- | --- | --- |
| 12 | DOJ_00036-00088 | Respondent's Appellate Brief and Supporting Documents (Filed March 26, 2018); Exhibit Group #11 |
| 13 | DOJ_00089-00091 | Notice – Briefing Extension Request Granted (March 7, 2018 |
| 14 | DOJ_00092-00096 | Respondent's Motion for Extension of Briefing Schedule (Filed March 5, 2018) |
| 15 | DOJ_00097-00098 | Notice – Briefing Schedule (February 12, 2018) |
| 16 | DOJ_00099-00100 | Notice of Entry of Appearance Before the Board of Immigration Appeals; Form EOIR-27 (Filed September 25, 2017) |
| 17 | DOJ_00101-00102 | Notice of Form EOIR-27 Rejection (September 22, 2017) |
| 18 | DOJ_00103-00104 | Filing Receipt for Appeal (September 22, 2017) |
| 19 | DOJ_00105-00109 | Notice of Appeal to the Board of Immigration Appeals (Filed September 21, 2017) |
| 20 | DOJ_00110-00113 | Decision and Order of the Immigration Court (August 23, 2017); Exhibit #10 |
| 21 | DOJ_00114-00151 | Transcript of Hearing (April 9, 2013); Exhibit #9 |
| 22 | DOJ_00152-00164 | Transcript of Hearing (October 7, 2014); Exhibit #9 |
| 23 | DOJ_00165-00168 | Transcript of Hearing (August 18, 2015); Exhibit #9 |
| 24 | DOJ_00169-00172 | Transcript of Hearing (November 10, 2015); Exhibit #9 |
| 25 | DOJ_00173-00176 | Transcript of Hearing (August 30, 2016); Exhibit #9 |
| 26 | DOJ_00177-00187 | Transcript of Hearing (April 25, 2017); Exhibit #9 |
| 27 | DOJ_00188-00191 | Matter of W-Y-U, 27 I&N Dec. 17 (BIA 2017); Exhibit #8 |
| 28 | DOJ_00192-00193 | Instructions for Application for Provisional Unlawful Presence Waiver; Exhibit #7 |
| 29 | DOJ_00194-00195 | Change of Address Form (Filed May 13, 2016); Exhibit #6 |
| 30 | DOJ_00196-00200 | Respondent's Notice of Written Pleadings (Filed November 25, 2015); Exhibit #5 |

| 31 | DOJ_00201 | Order of the Immigration Judge Granting Motion to Change Venue; Exhibit #4 |
|---|---|---|
| 32 | DOJ_00202-00203 | Change of Address Form; Exhibit #3 |
| 33 | DOJ_00204-00242 | DHS Evidence Packet; Exhibit #2 |
| 34 | DOJ_00209 | Notice of Hearing in Removal Proceedings (April 25, 2017) |
| 35 | DOJ_00210 | Notice of Hearing in Removal Proceedings (August 30, 2016) |
| 36 | DOJ_00211 | Notice of Hearing in Removal Proceedings (March 23, 2016) |
| 37 | DOJ_00212 | Notice of Hearing in Removal Proceedings (November 10, 2015) |
| 38 | DOJ_00213-00214 | Notice of Entry of Appearance in Immigration Court; Form EOIR-28 (Filed October 2, 2015) |
| 39 | DOJ_00215 | Notice of Hearing in Removal Proceedings (August 18, 2015) |
| 40 | DOJ_00216 | Notice of Hearing in Removal Proceedings (October 7, 2014) |
| 41 | DOJ_00217 | Notice of Hearing in Removal Proceedings (January 8, 2014) |
| 42 | DOJ_00218 | Notice of Hearing in Removal Proceedings (May 23, 2013) |
| 43 | DOJ_00221-00222 | Change of Address Form (Filed April 32, 2013) |
| 44 | DOJ_00223-00224 | DHS Motion to Change Venue (Filed April 24, 2013) |
| 45 | DOJ_00225 | Notice to EOIR: Alien Address (Filed April 17, 2013) |
| 46 | DOJ_00226 | Custody Order of Immigration Judge (April 16, 2013) |
| 47 | DOJ_00227-00237 | DHS Evidence Packet; Exhibit #2B |
| 48 | DOJ_00238 | Notice of Hearing in Removal Proceedings (April 9, 2013) |
| 49 | DOJ_00239 | Notice of Custody Redetermination Hearing (April 4, 2013) |
| 50 | DOJ_00240-00241 | Motion Requesting Hearing for Bond Redetermination (Filed April 4, 2013) |

| 51 | DOJ_00242 | Notice of Hearing in Removal Proceedings (April 3, 2013) |
| 52 | DOJ_00243-00244 | Notice to Appear; Exhibit #1 |