# EXHIBIT 2

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

MASSACHUSETTS COALITION FOR )
IMMIGRATION REFORM, *et al.*, )
) Case Nos. 1:20-cv-03438-TNM
            Plaintiffs, ) 1:21-cv-01198-TJK
) (consolidated cases)
v. )
)
U.S. DEPARTMENT OF HOMELAND )
SECURITY, *et al.*, )
)
            Defendants. )
)
)
)

## DECLARATION OF JOANNA G. COYNE

I, Joanna G. Coyne, declare follows:

1. I am employed by the United States Department of State ("DOS") as an Attorney-Adviser, and my office is located in Washington, D.C.

2. As part of my assigned duties, I compiled the records responsive to allegations in Count III of the First Amended Complaint in this action as they pertain to DOS's termination of the Asylum Cooperative Agreements with Guatemala, El Salvador, and Honduras.

3. Attached to this Declaration is an index of records responsive to the allegations referenced in paragraph 2 of this Declaration. All records identified in the index constitute a true and correct copy of the aforementioned records as retained in DOS's files. The filing of this Administrative Record is not a concession that the challenged actions of the Department of State are subject to judicial review.

1

4. The documents are in Adobe Acrobat PDF format. There are 11 documents. The documents are bates stamped with the prefix STATE 000001 to 000065 and STATE 000108 to 000109.

I declare under penalty of perjury that the foregoing is true and correct.

Thirteenth day of December 2022 in Washington, D.C.

*Joanna Coyne*
Joanna G. Coyne
Attorney-Adviser
Department of State

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case Nos. 1:20-cv-03438-TNM <br> 1:21-cv-01198-TJK <br> (consolidated cases) |

## DECLARATION OF MARGARET S. PICKERING

I, Margaret S. Pickering, declare follows:

1. I am employed by the United States Department of State ("DOS") as an Attorney-Adviser, and my office is located in Washington, D.C.

2. As part of my assigned duties, I compiled the record responsive to allegations in Count VIII of the First Amended Complaint in this action as they pertain to DOS's alleged expansion of the refugee resettlement program through an April 19, 2021 "FY 22 Notice of Funding Opportunity for Reception and Placement Program."

3. Attached to this Declaration is an index of the record responsive to the allegations referenced in paragraph 2 of this Declaration. The record identified in the index constitutes a true and correct copy of the record as retained in DOS's files. The filing of this Administrative Record is not a concession that the challenged actions of the Department of State are subject to judicial review.

4. The record document is in Adobe Acrobat PDF format. The document is bates stamped with the prefix STATE 000066 through STATE 000107.

I declare under penalty of perjury that the foregoing is true and correct.

Second day of December 2022 in Washington, D.C.

Margaret S. Pickering
Attorney-Adviser
Department of State

Administrative Record Index

MCIR v. USCIS (D.D.C.)  90-1-4-16200

| Folder | Bates Stamp Number | File Name | Date | Description |
|---|---|---|---|---|
| Count III (ACAs) | STATE 000001 - 000013 | 19-1115-Migration-and-Refugees-Guatemala-ACA | 7/26/2019 | Agreement with Guatemala |
| Count III (ACAs) | STATE 000014 - 000027 | 20-1210-El-Salvador-Asylum-Cooperative-Agreement | 9/20/2019 | Agreement with El Salvador |
| Count III (ACAs) | STATE 000028 - 000041 | 20-325-Honduras-Migration-and-Refugees | 9/25/2019 | Agreement with Honduras |
| Count III (ACAs) | STATE 000042 - 000044 | (EL SAL) 21-STATE-9564.eml | 2/4/2021 | Cable or Action Request from DOS to Embassy Guatemala to Suspend and Terminate the Asylum Cooperative Agreement with El Salvador. |
| Count III (ACAs) | STATE 000045 - 000047 | (GTM) 21-STATE-9562.eml | 2/4/2021 | Cable or Action Request from DOS to Embassy Guatemala to Suspend and Terminate the Asylum Cooperative Agreement with Guatemala. |
| Count III (ACAs) | STATE 000048 - 000050 | (HND) 21-STATE-9556.eml | 2/4/2021 | Cable or Action Request from DOS to Embassy Guatemala to Suspend and Terminate the Asylum Cooperative Agreement with Honduras. |

| Count III (ACAs) | STATE 000051 - 000053 | El Salvador Suspension and Termination | 2/4/2021 | US Diplomatic Note re suspension of the applications of the Asylum Cooperative Agreement between the US and El Salvador |
|---|---|---|---|---|
| Count III (ACAs) | STATE 000054 - 000055 | Guatemala Suspension and Termination dipnote | 2/4/2021 | US Diplomatic Note re suspension of the applications of the Asylum Cooperative Agreement between the US and Guatemala |
| Count III (ACAs) | STATE 000056 - 000062 | Executive Order | 2/2/2021 | Executive Order on Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border |
| Count III (ACAs) | STATE 000063 - 000065 | Suspending and Terminating the Asylum Cooperative Agreements with the Governments El Salvador, Guatemala, and Honduras - United States Department of State | 2/6/2021 | USG Press Statement: Suspending and Terminating the Asylum Cooperative Agreements with the Governments El Salvador, Guatemala, and Honduras |
| Count VIII (NOFO) | STATE 000066 - 000107 | FY 2022 RP FINAL NOFO | 4/19/2021 | FY 2022 Notice of Funding Opportunity for Reception and Placement Program |
| Count III (ACAs) | STATE 0000108 - 0000109 | Honduras Suspension and Termination dipnote | 2/5/2021 | US Diplomatic Note re suspension of the applications of the Asylum Cooperative Agreement between the US and Honduras |