# EXHIBIT 3

# **<u>SECTION 1</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS; and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office, §<br>§<br>§<br>§<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, §<br>§<br>§<br>§<br>§<br>Defendants. §<br>§<br>§<br>§<br>§<br>§ | **DEFENDANTS' CERTIFICATION OF THE ADMINSTRATIVE RECORD**<br><br>CIVIL ACTION NO. 7:21-cv-00272<br>Honorable Micaela Alvarez |

## DEFENDANTS' CERTIFICATION OF THE ADMINISTRATIVE RECORD

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security (DHS), as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and the Deputy Secretary of Homeland Security and maintain official DHS records. I have held this position since August 2019.

I am the custodian of the *DHS Border Wall Plan Pursuant to Presidential Proclamation 10142* (June 9, 2021) and the *Amendment to the DHS Border Wall Plan Pursuant to Presidential Proclamation 10142* (July 11, 2022). I hereby certify that, to the best of my knowledge, information, and belief, that the attached index

contains the nonprivileged documents considered by DHS, and that these documents constitute

the administrative record the agency considered in issuing the Plan and its Amendment.

JULIANA J      Digitally signed by JULIANA J
BLACKWELL      BLACKWELL
               Date: 2022.10.13 10:50:07 -04'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security


Executed on this  13th  day of October 2022, in Washington, D.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

|  |  |
|---|---|
| THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, and GEORGE P. BUSH, in his official capacity as Commissioner of the Texas General Land Office,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; and ALEJANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>Defendants.[1] | No. 7:21-cv-00272<br>Hon. Micaela Alvarez |

## INDEX OF ADMINISTRATIVE RECORD

| DOCUMENT NUMBER | BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|---|
| 1 | 0001-0003 | Proclamation 10142, *Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction* (January 20, 2021) |
| 2 | 0004-0008 | DHS Border Wall Plan Pursuant to Presidential Proclamation 10142 (June 9, 2021) |
| 3 | 0009-0011 | Amendment to DHS Border Wall Plan Pursuant to Presidential Proclamation 10142 (July 11, 2022) |

---

[1] The Court's Opinion and Order dated August 3, 2022 (ECF No. 57 at 14), dismissed the President of the United States, Joseph R. Biden Jr., as a defendant from this case.

| 4 | 0012-0016 | Action Memorandum, Commissioner Chris Magnus of U.S. Customs and Border Protection to Secretary of Homeland Alejandro Mayorkas, *Request for Approval of Amendment to the Department of Homeland Security's Border Wall Plan Pursuant to Presidential Proclamation 10142* (June 29, 2022) |
| 5 | 00017 | Inter-Agency Principles for Border Wall Plans (March 17, 2021) |
| 6 | 0018-0020 | U.S. Customs and Border Protection, *Department of Defense Funded Border Barrier Systems* (February 26, 2021) |
| 7 | 0021-0031 | U.S. Customs and Border Protection Border Wall Funding as of February 28, 2021 |
| 8 | 0032-0067 | U.S. Border Patrol, *Barrier System Path Forward* (April 7, 2021) |
| 9 | 0068-0077 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Security of Homeland Security Alejandro Mayorkas, *Request for Exceptions to Border Wall Construction Proclamation to Avert Immediate Physical Dangers: Levee Construction in Rio Grande Valley, Texas and Erosion-Control Measures in San Diego, California* (April 29, 2021) |
| 10 | 0078-0090 | U.S. Customs and Border Protection, *Make Safe Actions Requested by CBP for DoD Completion under 10 U.S.C. § 284* (May 21, 2021) |
| 11 | 0091-0103 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Complete Life, Safety, Environmental, or Other Remediation Requirements and Small Priority Barrier Projects in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (July 26, 2021) |
| 12 | 0104-0111 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Begin Environmental Planning Consistent with the National Environmental Policy Act for Projects Funded through Department of Homeland Security Appropriations in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (September 30, 2021) |

| 13 | 0112-0149 | Action Memorandum, Acting Commissioner Troy A. Miller of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Close Out/Remediate Barrier Projects Turned Over to DHS by the Department of Defense (DoD) Previously Funded by DoD's Counter-Drug Appropriation in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (December 11, 2021) |
| 14 | 0150-0170 | Action Memorandum, Commissioner Chris Magnus of U.S. Customs and Border Protection to Secretary of Homeland Security Alejandro Mayorkas, *Request for Approval to Complete Life, Safety, Environmental, or Other Remediation Requirements for Gates, Gaps, and other Priority Barrier Projects in Accordance with the Department of Homeland Security's Plan for Use of Border Barrier Funds* (May 11, 2022) |

# **<u>SECTION 2</u>**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-00067-Z |
| | ) | |
| JOSEPH R. BIDEN, JR., | ) | |
| in his official capacity as | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## CERTIFICATION

My name is Blas Nuñez-Neto. I am employed with the U.S. Department of Homeland Security, I am the Acting Assistant Secretary for Border and Immigration Policy as of October 1, 2021. My permanent role is as Chief Operating Officer at U.S. Customs and Border Protection (CBP), within the Department of Homeland Security (DHS), which I began on March 5, 2021. Since August 24, 2021, I have also been serving as the Vice Chair for the Secretary of Homeland Security's Southwest Border Taskforce.  I also previously served at DHS as an Advisor to CBP Commissioner Gil Kerlikowske from January 12, 2015 to January 16, 2017.

I am the custodian of the October 29, 2021 Memoranda Terminating the Migrant Protection Protocols (MPP) and the administrative record for that decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered.

Executed this 27th day of August, 2022

Blas Nuñez-Neto
Acting Assistant Secretary
Border and Immigration Policy
Department of Homeland Security
Chief Operating Officer
U.S. Customs and Border Protection

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | |
| STATE OF MISSOURI, | ) | |
|  | ) | |
| *Plaintiffs,* | ) | |
|  | ) | |
| v. | ) | Civil Action No. 2:21-cv-00067-Z |
|  | ) | |
| JOSEPH R. BIDEN, JR., | ) | |
| in his official capacity as | ) | |
| President of the United States, *et al.,* | ) | |
|  | ) | |
| *Defendants.* | ) | |
|  | ) | |

## CERTIFIED INDEX[1]

### DOCUMENT                                                                           PAGE

1.  *Termination of the Migrant Protection Protocols,* Memorandum signed by Secretary Mayorkas, October 29, 2021..............................................................................AR00001

2.  *Explanation of the Decision to Terminate the Migrant Protection Protocols,* October 29, 2021..............................................................................................AR00005

3.  Memorandum for the Secretary, *Review and Recommendation on Migrant Protection Protocols (MPP)*, David Shahoulian, May 29, 2021 .........................................AR00044

4.  *Termination of the Migrant Protection Protocols Program, Signed by Secretary Mayorkas,* June 1, 2021..................................................................................AR00063

5.  *Fact Sheet: President Biden to Sign Presidential Memorandum to Expand Access to Legal Representation and the Courts*, Briefing Room, Statements and Releases, May 18, 2021 ..........................................................................................................AR00070

6.  *Fact Sheet: The Biden Administration Blueprint for a Fair, Orderly and Humane Immigration System,* Briefing Room, Statements and Releases, July 27, 2021 ... AR00072

---

[1] Some of the documents below are spreadsheets that have been converted to PDFs to be included in this filing. Defendants are happy to provide the Court these spreadsheets in their original form if it would assist the Court.

7.    *Fact Sheet: U.S.-Mexico High-Level Economic Dialogue,* Briefing Room, Statements and Releases, September 9, 2021.................................................................. AR00078

8.    *Asylum-Seekers Protesting Squalid Conditions Shut Down A US Border Crossing for 15 Hours,* Adolfo Flores, Buzzfeed News, October 11, 2019................................ AR00081

9.    *"Leave me in a cell": The Desperate Please of Asylum Seekers Inside El Paso's Immigration Court,* Camilo Montoya-Galvez, CBS News, August 11, 2019...... AR00091

10.   *"I Fear For Our Lives": Asylum Seekers Forced to Wait in Mexico Face Danger and Desperation*, Camilo Montoya-Galvez, CBS News, August 13, 2019................ AR00096

11.   *Advocates Say "Remain in Mexico" Policy Turns Migrants Into a "Marketable Commodity",* Camilo Montoya-Galvez, CBS News, August 15, 2019............... AR00106

12.   *Trump's Asylum Policies Sent Him Back to Mexico.  He was Kidnapped 5 Hours Later*, Emily Green, Vice News, September 16, 2019. ................................................ AR00116

13.   *Migrants Stuck in Lawless Limbo Within Sight of America*, Maria Verza, November 15, 2019 ....................................................................................................... AR00137

14.   Office of Field Operations, Customs and Border Protection (CBP) Directive No. 3340-043, *The Exercise of Discretionary Authority*, September 2011......................... AR00144

15.   Office of Field Operations, CBP Memorandum, *Parole of Inadmissible Nonimmigrant Aliens*, May 12, 2015........................................................................................ AR00158

16.   Office of Field Operations, CBP Memorandum, *Paroling Arriving Fugitives*, August 8, 2012. ....................................................................................................... AR00160

17.   CBP Office of Field Operations Memorandum, *Parole of Inadmissible Nonimmigrant Aliens*, December 16, 2014.............................................................................. AR00161

18.   CBP Admissibility and Passenger Programs Muster, *Parole of Inadmissible Nonimmigrant Aliens*..................................................................................... AR00163

19.   Enforcement and Removal Operations (ERO), Updated Guidance: Implementation of the Modified Nationwide Preliminary Injunction in *Padilla v. ICE*, July 22, 2019... AR00164

20.   U.S. Immigration and Customs Enforcement (ICE), Directive No. 11002.1, *Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture*, January 4, 2010................................................................................................ AR00170

21.   *I'm Kidnapped: A Father's Nightmare on the Border,* Miriam Jordan, The New York Times, December 21, 2019.................................................................................. AR00171

22.     Email subject "quick q: re: Dedicated Docket" Monday October 25, 2021......... AR00176

23.     ISAP IV EOIR Court Appearance Rates through 8/31/2021 – FAMU Participants Apprehended Since May 1, 2014 (spreadsheet) ................................................. AR00179

24.     U.S. Commission on Civil Rights, *Trauma at the Border The Human Cost of Inhumane Immigration Policies*, October 2019.................................................................... AR00182

25.     *Policy Guidance for Implementation of the Migrant Protection Protocols*, Memorandum signed by Secretary Nielsen, January 25, 2019 ................................................. AR00389

26.     *Wolf v. Innovation Law Lab*, No. 19-1212, Amicus Brief, The Laredo Project and the National Immigrant Justice Center in Support of Respondents .......................... AR00393

27.     Memorandum for the Acting Secretary, *Response to the Migration Protection Protocols Red Team Report*, January 14, 2020.................................................................. AR00429

28.     The Migrant Protection Protocols Red Team Report, October 25, 2019............. AR00433

29.     *Review of Migrant Protection Protocols Policy and Implementation – Final Recommendations,* signed by Acting Secretary McAleenan, November 8, 2019 AR00443

30.     Memorandum for the Acting Secretary, *Closing out the Migrant Protection Protocols Red Team Report Evaluation Process,* signed by Acting Secretary Chad Wolf, December 7, 2020...........................................................................................................AR00445

31.     Inspection and Expedited Removal of Aliens; Detention and Removal of Aliens; Conduct of Removal Proceedings; Asylum Procedures, Federal Register Vol. 62, No. 2, 444-517 ...............................................................................................................AR00448

32.     Declaration of Blas Nuñez-Neto, *Texas v. Biden,* No. 2:21-cv-00067, September 15, 2021...................................................................................................................AR00522

33.     Declaration of Blas Nuñez-Neto, Texas v. Biden, No. 2:21-cv-00067, October 14, 2021 ...................................................................................................................AR00528

34.     *The Out Crowd*, This American Life, Episode 688, November 15, 2019............ AR00537

35.     Federal Register, *Asylum Eligibility and Procedural Modifications*, Vol. 84, No. 136, July 16, 2019....................................................................................................AR00569

36.     Fiscal Year 2020 Enforcement Lifecycle Report, Office of Immigration Statistics, Department of Homeland Security, December 2020 ......................................... AR00586

37.  Federal Register, Control of Communicable Disease; Foreign Quarantine: Suspension of Introduction of Persons into United States from Desiganted Foreign Countries of Places for Public Health Purposes, Vol. 85, No. 57, March 24, 2020 16559 ................. AR00607

38.  Federal Register, Vol 86 No 99, May 25, 2021, p. 28198, *Exercise of Time Limited Authority to Increase the Fiscal Year 2021 Numerical Limitation for the H-2B Temporary Nonagricultural Worker Program and Portability Flexibility for H-2B Workers Seeking to Change Employers* ..................................................................................... AR00616

39.  Federal Register, *Public Health Reassessment and Order Suspending the Right to Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists*, Vol. 86, No. 148, August 5, 2021, p. 42828............................. AR00653

40.  *Interim Guidance: Civil Immigration Enforcement and Removal Priorities,* Memorandum signed by Acting Director Tae D. Johnson, February 18, 2021. ......................... AR00667

41.  Spreadsheet entitled "Administrative Record for MPP Recission Memo" explaining the data in the October 29, 2021 memoranda.......................................................... AR00674

42.  *Treatment of Cuban Asylum Seekers at Land Border Ports of Entry,* Memorandum from Assistant Commissioner, Office of Field Operations, June 10, 2005.................. AR00690

43.  Chart of U.S. Customs and Border Protection, Drug Seizures FY 2019, 2020, 2021, and 2022 (FYTD)........................................................................................ AR00696

44.  *Review of Migrant Protection Protocols Policy and Implementation,* Memorandum signed by Acting Secretary McAleenan. June 12, 2019..................................... AR00697

45.  *Review of Migrant Protection Protocols Policy and Implementation – Final Recommendations,* Memorandum signed by Acting Secretary McAleenan, November 8, 2019 .................................................................................................... AR00698

46.  *Assessment of the Migrant Protection Protocols (MPP),* October 28, 2019........ AR00700

47.  *Asylum Seekers Cling to Hope, Safety in Camp at U.S.-Mexico Border,* Delphine Schrank, Reuters, October 16, 2019. .............................................................. AR00710

48.  *They Missed Their U.S. Court Dates Because They Were Kidnapped.  Now They're Blocked from Applying for Asylum,* Kevin Sieff, The Washington Post, April 24, 2021. .................................................................................................... AR00716

49.  *They Missed Their US Asylum Hearings Fearing The Cartel Would Kill Them.  Now They're Stuck in Mexico,* Hamed Aleaziz, Adolfo Flores, May 18, 2021, Buzzfeed News................................................................................................ AR00721

50.  *Matter of Jonathan Said Herrera-Vasquez,* 27 I&N Dec. 825 (BIA 2020)......... AR00730

51.   *Migrant Protection Protocols FY 2021,* CBP Data.............................................AR00742

52.   *Chairman Nadler Announces House Judiciary Investigation into Trump Administration's "Remain in Mexico" Policy,* January 14, 2020 .................................................AR00745

53.   *"Like I'm Drowning" Children and Families Sent to Harm by the US 'Remain in Mexico' Program*, Human Rights Watch, January 6, 2021................................AR00753

54.   *Number of Persons Entering the U.S. Under the End of MPP Operation as of May 25, 2021*, International Organization for Migration.................................................AR00829

55.   Sr. John Creamer, Embajada de Estados Unidos en Mexico, Subsecretaria para America del Norte, December 20, 2018 .........................................................................AR00830

56.   *Delivered to Danger Trump Administration Sending Asylum Seekers and Migrants to Danger*, Human Rights First, February 19, 2021 ...............................................AR00834

57.   *DHS and DOJ Announce Dedicated Docket Process for More Efficient Immigration Hearings*, U.S. Department of Homeland Security, May 28, 2021.....................AR00859

58.   Customs and Border Protection Migrant Protection Protocols FY 2020 Data.....AR00861

59.   Customs and Border Protection Migrant Protection Protocols FY 2021 Data.....AR00865

60.   *DHS Announces Process to Address Individuals in Mexico with Active MPP Cases, U.S.* Department of Homeland Security, February 11, 2021......................................AR00868

61.   *Migrant Protection Protocols (Trump Administration Archive),* U.S. Department of Homeland Security...........................................................................................AR00870

62.   *Migrant Protection Protocols (Biden Administration Archive),* U.S. Department of Homeland Security...........................................................................................AR00886

63.   *DHS OIG Formal Complaint Regarding 'Remain in Mexico'*, Human Rights Watch, June 2, 2020...................................................................................................AR00892

64.   *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, Executive Order 14010, February 2, 2021...................................................................................AR00914

65.   *USBP Total Enforcement Encounter FY 21 Planning Profile*, Data through May 8, 2021. ..............................................................................................................AR00919

66.    U.S. Customs and Border Protection, *Guidance on Migrant Protection Protocols*, Memorandum signed by Chief Carla L. Provost, March 1, 2019 ...................... AR00923

67.    *Guidelines for the Enforcement of Civil Immigration Law*, Memorandum signed by Secretary Mayorkas, September 30, 2021............................................................ AR0092

68.    Congressional Research Service, *Mexico's Immigration Control Efforts*, May 28, 2021 ...................................................................................................................... AR00932

69.    U.S. Immigration and Customs Enforcement, *Implementation of the Migrant Protection Protocols*, Memorandum signed by Senior Official Performing the Duties of the Director, Ronald D. Vitiello, February 12, 2019.................................................................. AR00935

70.    U.S. Immigration and Customs Enforcement, *Migrant Protection Protocols Guidance*, Memorandum signed by Nathalie R. Asher, February 12, 2019........................ AR00937

71.    U.S. Citizenship and Immigration Services, *Guidance for Implementing Section 235(b)(2)(C) of the Immigration Nationality Act and the Migrant Protection Protocols*, January 28, 2019.................................................................................................... AR00941

72.    *Immigration Court Backlog Exceeds 1 Million Cases, Data Group Says*, Priscilla Alvarez, CNN, September 18, 2019.................................................................... AR00946

73.    *Measuring In Absentia Removal in Immigration Court*, Ingrid Eagly, Esq. and Steven Shafer, Esq., January 2021.................................................................................. AR00951

74.    Immigration and Naturalization Service, Office of the Deputy Commissioner, *Implementation of Expedited Removal*, March 31, 1997.................................... AR00975

75.    Inside the Refugee Camp on America's Doorstep, Caitlin Dickerson, The New York Times, October 23, 2020 Updated October 29, 2021......................................... AR00983

76.    *Inspection and Expedited Removal of Aliens; Detention and Removal of Aliens; conduct of Removal Proceedings; Asylum Procedures*, 62 FR 10312-01, March 6, 1997 AR00990

77.    *Joint DHS/EOIR Statement on MPP Rescheduling*, U.S. Department of Homeland Security, March 23, 2020.................................................................................... AR01155

78.    *Joint Statement by the U.S. Department of Homeland Security and U.S. Department of State on the Expansion of Access to the Central American Minors Program*, U.S. Department of Homeland Security, June 15, 2021 ........................................... AR01156

79.    *Matter of J.J. Rodriquez Rodriquez*, 27 I&N Dec. 762 (BIA 2020).................... AR01158

80.    *Migrant Protection Protocols Metrics and Measures*, U.S. Department of Homeland Security, July 15, 2020. .................................................................................... AR01163

81.   *Migrant Protection Protocols Metrics and Measures,* December 2020 .............. AR01164

82.   Email, Subject MPP Data, March 29, 2021 ...................................................... AR01167

83.   *Number of Persons Entering the U.S. Under the end of MPP Operations As of May 21, 2021*, International Organization for Migration.................................................. AR01168

84.   U.S. Customs and Border Protection, *MPP Guiding Principles,* January 28, 2019 ................................................................................................ AR01169

85.   *Policy Guidance for Implementation of the Migrant Protection Protocols*, Memorandum signed by Secretary Nielsen, January 25, 2019 .................................................. AR01171

86.   *Suspension of Enrollment in the Migrant Protection Protocols Program*, Memorandum signed by Acting Secretary Pekoske, January 20, 2021 ..................................... AR01175

87.   U.S. Customs and Border Protection, *Guidance on Migrant Protection Protocols*, January 28, 2019 ................................................................................................ AR01176

88.   Series of emails with Number of Persons Entering the U.S. Under the End of MPP Operation, International Organization of Migration, Subject MPP Processing Numbers .................................................................................................... AR01177

89.   Dismantling Asylum: A Year into the Migrant Protection Protocols, American Friends Service Committee, Vanessa Cecena, January 2020.......................................... AR01184

90.   *Complaints Related to the Implementation of the Migrant Protection Protocols (MPP),* Office for Civil Rights and Civil Liberties, January 29, 2021 ........................... AR01210

91.   Immigration and Naturalization Service, *Detention Guidelines Effective October 9, 1998*, Memorandum signed by Michael A. Pearson, October 7, 1998 ........................ AR01240

92.   Office of Inspector General, *U.S. Immigration and Customs Enforcement's Award of the Family Case Management Program Contract (Redacted)*, November 30, 2017 . AR01261

93.   Office of Inspector General, *CBP Has Taken Steps to Limit Processing of Undocumented Aliens at Ports of Entry*, October 27, 2020 ...................................................... AR01262

94.   Office of Immigration Statistics (OIS) Lifecycle Data, *Total SW Border Encounters by MPP cases* .................................................................................................... AR01299

95.   *The Devastating Toll of 'Remain in Mexico' Asylum Policy One Year Later*, Central American Migration, January 29, 2020............................................................ AR01303

96.   *Pentagon Announces Nearly 4,000 Additional Troops Hearing to U.S.-Mexico Border*, The Hill, February 3, 2019.................................................................................AR01305

97.   *Presidential Proclamation on Declaring a National Emergency Concerning the Southern Border of the United States*, February 15, 2019 ................................................AR01307

98.   *Protection Postponed: Asylum Office Backlogs Cause Suffering, Separate Families, and Undermine Integration*, Human Rights First, April 2021...................................AR01311

99.   Human Rights First, Publicly Reported Cases of Violent Attacks on Individuals Returned to Mexico under the "Migrant Protection Protocols".........................................AR01332

100.  *Regulations Concerning the Convention Against Torture*, Federal Register vol. 64 No. 33, February 19, 1999.........................................................................................AR01380

101.  *Policies for the Apprehension, Detention, and Removal of Undocumented Immigrants*, Memorandum signed by Secretary Johnson, November 20, 2014......................AR01399

102.  *Prosecutorial Discretion*, Memorandum signed by William J. Howard, Principal Legal Advisor, Immigration and Customs Enforcement, October 24, 2005 .................AR01405

103.  Implementing the President's Border Security and Interior Immigration Enforcement Policies, Memorandum signed by Matthew T. Albence, Executive Associate Director, February 21, 2017 .............................................................................................AR01414

104.  Exercising Prosecutorial Discretion, Memorandum to Regional Directors signed by Doris Meissner, Commissioner, Immigration and Naturalization Service, November 17, 2000. ..................................................................................................................AR01418

105.  *Report: Crimes Against Migrants Waiting in Mexico to Seek U.S. Asylum continue to Climb*, Julian Aguilar, The Texas Tribune, December 5, 2019...........................AR01431

106.  *Detention and Release of Aliens with Final Orders of Removal*, Memorandum for Regional Counsel, signed by Bo Cooper, General Counsel, Immigration and Naturalization Service, March 16, 2000............................................................AR01435

107.  *Clarification of March 16, 2000 Memorandum Entitled 'Detention and Release of Aliens with Final Orders of Removal'*, Memorandum for Regional Counsel signed by Bo Cooper, General Counsel, Immigration and Naturalization Service, July 24, 2000. ..................................................................................................................AR01442

108.  *Implementing Department of Homeland Security Immigration Enforcement Priorities*, DHS Instruction Number 044-01-001, June 10, 2015 .......................AR01444

109. *Exercising Prosecutorial Discretion Consistent with the Civil Immigration Enforcement Priorities of the Agency for the Apprehension, Detention, and Removal of Aliens,* Memorandum signed by John Morton, Director of Immigration and Customs Enforcement, June 17, 2011.............................................................................AR01471

110. *Implementing the President's Border Security and Immigration Enforcement Improvement Policies,* Memoranda signed by Secretary John Kelly, February 20, 2017 .................................................................................................AR01471

111. *Detention Policy Where an Immigration Judge has Granted Asylum and ICE as Appealed (Feb. 9, 2004),* Memorandum from Michael J. Garcia, Assistant Secretary........AR01490

112. *Implementing the President's Border Security and Interior Immigration Enforcement Policies,* Memorandum signed by Matthew T. Albence, Executive Associate Director, February 21, 2017. ..........................................................................................AR01492

113. *Immigration Policies Affect INS Detention Efforts,* U.S. General Accounting Office, GAO/GGD-92-85, June 1992 ..........................................................................AR01496

114. *Inspector's Field Manual,* U.S. Department of Justice, Immigration and Naturalization Services, March 2001 ......................................................................................AR01562

115. *Expedited Removal: Additional Policy Guidance,* Office of Field Operations, December 30, 1997.............................................................................................................AR01576

116. *Parole Project for Asylum Seekers at Ports of Entry and INS Detention and in INS Detention,* Memorandum from Office of the Commissioner, April 20, 1992.  ...AR01580

117. *ICE Transportation, Detention and Processing Requirements,* Memorandum signed by Marcy M. Forman, Director of Office of Investigations and Victor X. Cerda, Acting Director, Detention and Removal Operations, January 11, 2005........................AR01584

118. *Expedited Removal Guidance,* Memorandum from Victor X. Ceda, Acting Director, Immigration and Customs Enforcement, September 14, 2004. ..........................AR01590

119. *Parole of Arriving Aliens Found to Have a "Credible Fear" of Persecution or Torture,* ICE Directive 7-1.0, November 6, 2007. ..........................................................AR01590

120. *The Exercise of Discretionary Authority,* CBP Directive No. 3340-043, September 3, 2008. ...............................................................................................................AR01614

121. *Supplemental Policy Guidance for Additional Improvements of the Migrant Protection Protocols,* December 7, 2020..........................................................AR01628

122. *Supplemental Migrant Protection Protocols Guidance,* Initial Document Service, Enforcement Programs Division, December 7, 2020........................................AR01633

123.   *Supplemental Migrant Protection Protocols Guidance*, MPP Amenability, Enforcement Programs Division, December 7, 2020.............................................................AR01633

124.   *Innovation Law Lab v. Wolf*, 951 F.3d 1073 (9th Cir. 2020), vacated as moot, 5 F.4th 1099 (9th Cir. 2021);....................................................................................AR01636

125.   *Innovation Law Lab v. McAleenan*, 924 F.3d 503, 511 (9th Cir. 2019) (Watford, J. concurring). ...............................................................................................AR01658

126.   *Bollat Vasquez v. Wolf*, 520 F. Supp. 3d 94 (D. Mass. 2021);............................AR01671

127.   *Doe v. Wolf*, 432 F. Supp. 3d 1200 (S.D. Cal. 2020...........................................AR01688

128.   *E.A.R.R. v. Dep't of Homeland Sec.*, No. 3:20-cv-2146 (S.D. Cal. filed Nov. 2, 2020);...............................................................................................................AR01701

129.   *Adrianza v. Trump*, 505 F. Supp. 3d 164 (E.D.N.Y. 2020), dismissed, No. 1:20-cv-03919 (E.D.N.Y. Sept. 2, 2021);................................................................................AR01761

130.   *Nora v. Wolf*, No. 20-993, 2020 WL 3469670 (D.D.C. June 25, 2020); .............AR01780

131.   *Turcios v. Wolf*, No. 1:20-cv-1982, 2020 WL 10788713 (S.D. Tex. Oct. 16, 2020)..................................................................................................................AR01794

132.   "*Mexican Camp That Was Symbol of Migrant Misery Empties Out Under Biden*, Laura Gottesdiener, Reuters, March 7, 2021...............................................................AR01799

133.   "*Statement by Homeland Security Secretary Alejandro N. Mayorkas Regarding the Situation at the Southwest Border*, March 16, 2021".........................................AR01806

134.   "*The Facts on the Increase in Illegal Immigration*, FactCheck.org, March 23, 2021"..................................................................................................................AR01813

135.   *Inspection and Expedited Removal of Aliens; Detention and Removal of Aliens; Conduct of Removal Proceedings; Asylum Procedures*, Immigration and Naturalization Service and Executive Office for Immigration Review, Federal Register Vol. 62, No. 2, January 3, 1997...............................................................................................................AR01819

136.   *USBP FY21 Planning Profile*, CBP Data Warehouse as of May 8, 2021............AR01893

137.   *Rapid Protection Assessment, MPP Returnees at the Northern Border of Mexico*, UNHCR, December 2019.................................................................................AR01897

138.   *Final or Most Current Outcomes, Total SW Border Encounters by MPP Cases*, OIS Lifecycle Data.................................................................................................AR01917

139. *Procedures for Credible Fear Screening and Consideration of Asylum, Withholding of Removal, and CAT Protection Claims by Asylum Officers*, Federal Register Vol. 86, No. 159, August 20, 2021 ....................................................................... AR01921

140. *Restoring the Department of Justice's Access-to-Justice Function and Reinvigorating the White House Legal Aid Interagency Roundtable*, Federal Register Vol. 86, No. 97, Memorandum of May 18, 2021 .......................................................... AR01966

141. *Information About Credible Fear Interview*, Form M-444 (Rev. 5-17-19) ......... AR01970

142. *U.S. Customs and Border Protection Encounters by Fiscal Year*, 2018-2021 ..... AR01972

143. *Southwest Land Border Encounters,* June 7, 2021 ............................................ AR01973

144. *Statement by Homeland Security Secretary Alejandro N. Mayorkas Regarding the Situation at the Southwest Border*, March 18, 2021 ........................................ AR01978

145. *Total MPP in abenstia Removal Orders as of March 29, 2021* ......................... AR01985

146. *Total MPP in person Removal Orders as of March 29, 2021* ............................ AR01986

147. *Total MPP Removal Orders as of March 29, 2021* ........................................... AR01987

148. *Total MPP Termination Order as of March 29, 2021* ....................................... AR01988

149. *Trump Attorney General's Ruling Expands Indefinite Detention for Asylum Seekers*, Reuters, Mica Rosenberg and Kristina Cooke, April 16, 2019 .......................... AR01989

150. Trump Declares National Emergency at Border, The Hill, Jordan Fabian, Feb. 15, 2019 ................................................................................................................ AR01994

151. Supreme Court says Trump Administration May Continue 'Remain in Mexico' Policy for Asylum Seekers, The Washington Post, Robert Barnes, March 11, 2020 ........... AR01998

152. Declaration of Ricardo Zuniga, *Texas v. Biden*, No. 2:21-cv-00067, ECF 98-3 .. AR02001

153. Declaration of Blas Nunez-Neto, *Texas v. Biden*, No. 2:21-cv-00067, ECF 105-l ....................................................................................................... AR02014

154. Declaration of Blas Nunez-Neto, *Texas v. Biden*, No. 2:21-cv-00067, ECF 110-1 .................................................................................................................... AR02020

155. *Texas v. Biden*, 10 F.4th 537 (5th Cir. 2021) .................................................. AR02029

156. *West Virginia v. DHS*, No. 2:21-cv-22 (N.D. W. VA) ...................................... AR02049

157.   Appendix to Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction, *Texas v. Biden*, No. 2:21-cv-00067 ECF 64 (N.D. TX).....................AR02083

158.   Declaration of Principal Deputy Chief Immigration Judge Daniel H. Weiss, *Texas v. Biden*, No:21-cv-00067 ECF 98-2 (N.D. TX)....................................................AR02105

159.   *Texas v Biden*, No 2:21-cv-00067, Appendix in Support of Plaintiffs' Motion for Preliminary Injunction Volume I of II, ECF 54-1............................................AR012114

160.   *Texas v. Biden*, No 2:21-cv-00067, Appendix in Support of Plaintiffs' Motion for Preliminary Injunction Volume II of II, EFC 54-2 (N.D. TX)............................AR02211

161.   *Texas v. Biden*, No. 2:21-cv-067, 2021 WL 3603341 (N.D. Tex. Aug. 13, 2021)AR02388

162.   *Position of Mexico on the Decision of the U.S. Government to Invoke Sections 235(b)(2)(C) of its Immigration and Nationality Act*, Gobierno de Mexico, December 20, 2018. ......................................................................................................AR02424

163.   Press Release, DHS, "Secretary Kirstjen M. Nielsen Announces Historic Action to Confront Illegal Immigration," Dec. 20, 2018....................................................AR02431

164.   Nomaan Merchant, *Tents, stench, smoke: Health risks are gripping migrant camp*, A.P. News, Nov. 14, 2019 ..................................................................................AR02433

165.   Defendants' First Supplemental Notice of Compliance with Injunction, *Texas v. Biden*, No. 2:21-cv-00067, October 14, 2021, ECF 111 ................................................AR02442

166.   First Amended Complaint, *Arizona v. Mayorkas*, No. 2:21-cv-617 (D. Ariz. filed July 12, 2021)................................................................................................AR02448

167.   First Amended Complaint in *Texas v. Biden* 21-cv-67 .......................................AR02491

168.   Convention Relating to the Status of Refugees, done July 28, 1951, 19 U.S.T. 6259, 6276, 189 U.N.T.S. 150.........................................................................AR02539

169.   *Auguste v. Ridge*, 395 F.3d 123, 149 (3d Cir. 2005)...........................................AR02555

170.   *Khan v. Holder*, 584 F.3d 773, 783 (9th Cir. 2009)...........................................AR02582

171.   *Al-Fara v. Gonzales*, 404 F.3d 733, 743 (3d Cir. 2005)......................................AR02595

172.   Hernandez Ortiz v. Garland, No. 20-71506 (9th Cir. filed Mar. 15, 2021)[2] ........AR02605

---

[2]   Because the briefs are filed under a restricted docket and concerns regarding the government's potential requirements under 8 C.F.R. § 208.6 and 8 U.S.C. § 1367, the government is providing the docket and coversheet for the briefs. The full briefs are available upon request. This applies for the documents 172, 173, 174, 187, 188,

173. *Del Toro v. Garland*, No. 20¬60900 (5th Cir. filed Dec. 14, 2020).................... AR02606

174. *Del Carmen Valle v. Garland*, No. 20-72071 (9th Cir. filed July 16, 2020)........ AR02607

175. *DHS Announces Expanded Criteria for MPP-Enrolled Individuals Who are Eligible for Processing into the United States*, June 23, 2021.............................................. AR02608

176. Examining the Human Rights and Legal Implications of DHS's "Remain in Mexico" Policy: Hearing Before the H. Comm. on Homeland Sec., 116th Cong. passim (2019), video available at Examining the Human Rights and Legal Implications of DHS' 'Remain in Mexico' Policy (house.gov).......................................................... AR02609

177. *Hearing Statement of Border Security, Facilitation, and Operations Subcommittee*, Chairwoman Kathleen Rice (D-NY), November 19, 2019................................. AR02611

178. Hearing Statement of Chairman Bennie G. Thompson (D-MS), November 19, 2019 ............................................................................................................... AR02613

179. 8 U.S.C. § 1225(b)(2)(C)........................................................................... AR02614

180. 8 C.F.R. § 235.3(b)(2) .............................................................................. AR02621

181. 8 C.F.R. §§ 208.16(a), (c)(4);.................................................................... AR02626

182. 8 C.F.R. § 208.17(b)(1); ............................................................................ AR02633

183. 8 C.F.R. § 208.31(c);................................................................................ AR02636

184. 8 C.F.R. §1208.16(b);.............................................................................. AR02639

185. 8 C.F.R. §1208.17(b) .............................................................................. AR02646

186. *Human Rights Watch, We Can't Help You Here"; U.S. Returns of Asylum Seekers to Mexico*, July 2, 2019.................................................................................... AR02649

187. *Tabera-Columbi v. Garland*, No. 20-60978 (5th Cir. filed Oct. 26, 2020).......... AR02684

188. *Quinones Rodriguez v. Garland*, No. 20-61204 (5th Cir. filed Dec. 17, 2020).... AR02685

189. *Miranda-Cruz v. Garland*, No. 21-60065 (5th Cir. filed Feb. 1, 2021)............... AR02686

190. Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019)............................................................................................................... AR02687

and 189

191. Matter of L-E-A-, 27 I&N Dec. 581 (A.G. 2019), vacated, 28 I&N Dec. 304 (A.G. 2021); ........................................................................................................................ AR02704

192. Matter of A-B-, 27 I&N Dec. 316 (A.G. 2018), vacated, 28 I&N Dec. 307 (A.G. 2021) ....................................................................................................................... AR02714

193. *Southwest Border Migration* FY2020, Customs and Border Protection .............. AR02734

194. *Southwest Border Migration* FY2019, Customs and Border Protection .............. AR02736

195. *Southwest Border Migration* FY2018, Customs and Border Protection .............. AR02739

196. CBP Enforcement Statistics Fiscal Year 2020 .................................................. AR02742

197. CBP Enforcement Statistics Fiscal Year 2019 .................................................. AR02750

198. CBP Enforcement Statistics Fiscal Year 2018 .................................................. AR02757

199. *Matter of M-S-,* 27 I&N Dec. 509, 516-517 (A.G. 2019); ................................. AR02760

200. *Jennings v. Rodriguez*, 138 S. Ct. 830, 837 (2018) ............................................ AR02767

201. 8 U.S.C. § 1182(d)(5)(A) ................................................................................ AR02809

202. 8 C.F.R. §§ 212.5(b), 235.3(c) ....................................................................... AR02878

203. 8 U.S.C. § 1226(a)(2)(A)-(B) .......................................................................... AR02882

204. *Nishimura Ekiu v. United States*, 142 U.S. 651 (1892) ...................................... AR02885

205. *Kaplan v. Tod*, 267 U.S. 228 (1925) ................................................................. AR02892

206. Leng May Ma v. Barber, 357 U.S. 185 (1958) .................................................. AR02894

207. Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. No. 104-208, Div. C, §§ 302, 602, 110 Stat 3009 ................................................... AR02899

208. 8 U.S.C § 1103(a)(1) ...................................................................................... AR03455

209. *Chevron U.S.A., Inc. v. NRDC*, 467 U.S. 837 (1984) ........................................ AR03477

210. *Ibragimov v. Gonzales*, 476 F.3d 125 (2d Cir. 2007) ......................................... AR03494

211. *Jeanty v. Bulger,* 204 F. Supp. 2d 1366, 1377-78 (S.D. Fla. 2002), aff'd, 321 F.3d 1336 (11th Cir. 2003) .............................................................................................. AR03508

xiv

212.   *Lorillard v. Pons*, 434 U.S. 575, 580 (1978)....................................................AR03524

213.   Exercise of Time-Limited Authority To Increase the Fiscal Year 2021 Numerical Limitation for the H–2B Temporary Nonagricultural Worker Program and Portability Flexibility for H–2B Workers Seeking To Change Employers, 86 Fed. Reg. 28,198 (May 25, 2021)...............................................................................................AR03531

214.   ICE Enforcement and Removal Operations (ERO), "Alternatives to Detention Program,"...................................................................................................AR03568

215.   U.S. Immigration and Customs Enforcement, ICE Detention Data FY2020 available at FY20-detentionstats.xlsx (live.com)..................................................AR03576

216.   U.S. Immigration and Customs Enforcement, ICE Detention Data FY2019 available at FY19-detentionstats.xlsx (live.com)..................................................AR03617

217.   CBP and ICE State and Local Support and Partnerships, Oct. 28, 2021. ...........AR03672

218.   U.S. Customs and Border Protection, Migration Crisis Action Team, October 27, 2021 ..................................................................................................AR03674

219.   FY 2019 MPP Funding, DHS Chief Financial Officer Analysis .......................AR03680

# **<u>SECTION 3</u>**

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

Case Nos. 1:20-cv-03438-TNM
1:21-cv-01198-TJK
(consolidated cases)

## <u>DECLARATION OF JULIANA BLACKWELL</u>

I, Juliana Blackwell, declare as follows:

1.       I am employed by the U.S. Department of Homeland Security (DHS) as the Deputy Executive Secretary.  My office is located in Washington, D.C.  I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and the Deputy Secretary of Homeland Security and maintain official DHS records.  I have held this position since August 2019.

2.       As part of my assigned duties, I oversaw the compilation of the administrative record for the memorandum, *Rescinding the Prompt Asylum Claim Review and the Humanitarian Asylum Review Process Pilot Programs' Internal Guidance Documents*.

3.       Attached to this declaration is an index of the non-privileged documents that comprise the administrative record for the memorandum, *Rescinding the Prompt Asylum Claim*

1

*Review and the Humanitarian Asylum Review Process Pilot Programs' Internal Guidance Documents*.

4.      All non-privileged documents identified in the index constitute a true and correct copy of the administrative record for the decision referenced in paragraph 2.  I declare under penalty of perjury that the foregoing is true and correct.

JULIANA J
BLACKWELL

Digitally signed by JULIANA J
BLACKWELL
Date: 2022.12.14 16:59:19 -05'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security

Executed on this 14th day of December 2022, in Washington, D.C.

**Index for Certified Administrative Record for**
**Recission of PACR and HARP Guidance**

| 1. | *Rescinding the Prompt Asylum Claim Review and the Humanitarian Asylum Review Process Pilot Programs' Internal Guidance Documents* (Sept. 1, 2022) | DHS_MCIR_0008978 - 0008979 |
|---|---|---|
| 2. | *Order Suspending Introduction Of Persons From A Country Where A Communicable Disease Exists*, 85 Fed. Reg. 16567 (Mar. 24, 2020) | DHS_MCIR_0008980 - 0009022 |
| 3. | *CBP COVID-19 Response: Suspension of Entries and Imports Concept of Operations* (Mar. 20, 2020) | DHS_MCIR_0009023 - 0009030 |
| 4. | *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, 86 Fed. Reg. 8267 (Feb. 2, 2021) | DHS_MCIR_0009031 - 0009035 |
| 5. | *Asylum Eligibility and Procedural Modifications*, 84 Fed. Reg. 33829 (July 16, 2019) | DHS_MCIR_0009036 - 0009052 |
| 6. | *Asylum Eligibility and Procedural Modifications*, 85 Fed. Reg. 82,260 (Dec. 17, 2020) | DHS_MCIR_0009053 - 0009083 |
| 7. | Dep't of Homeland Sec. Off. of Inspector General, OIG-21-16, *DHS Has Not Effectively Implemented the Prompt Asylum Pilot Programs* (Jan. 25, 2021) | DHS_MCIR_0009084 - 0009131 |
| 8. | U.S. Gov't Accountability Off., GAO-21-144, *Southwest Border: DHS and DOJ Have Implemented Expedited Credible Fear Screening Pilot Programs, but Should Ensure Timely Data Entry* (2021) | DHS_MCIR_0009132 - 0009194 |
| 9. | *Humanitarian Asylum Review Process (HARP) Info Sheet* | DHS_MCIR_0009195 - 0009197 |
| 10. | *Streamlined Processing Procedures and Third Country Pilot Guidelines* | DHS_MCIR_0009198 – 0009201 |

# **<u>SECTION 4</u>**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| BRNOVICH, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Civil Action No. No. 2:21-cv-01568-MTL |
| | ) |
| BIDEN, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

1.      My name is Jon A. Roop. I am employed with the U.S. Customs and Border Protection (CBP) as the Chief of Staff of the United States Border Patrol. I have held this position since February 04, 2018.

2.      I certify that a search was performed for all documents known to have been or likely to have been considered by former Border Patrol Chief Rodney Scott in making the decision to implement the process known either as "Notice to Report" or "Prosecutorial Discretion" in March 2021.  The documents listed in the attached index are to the best of my knowledge, information, and belief, true and correct copies of the non-privileged documents discovered in this search, and which were likely to have been considered in issuing the "Prosecutorial Discretion Authority" email implementing Notices to Report on March 20, 2021.

3.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of November 2022 in Washington, D.C.

_____
Jon A. Roop
Chief of Staff
U.S. Border Patrol

Defendants in the above captioned matter hereby file the Administrative Record,[1] which is attached to this filing as Exhibit 1 and includes the following documents:

| DATE | DOCUMENT | BATES STAMP |
|---|---|---|
| March 20, 2021 | Email, Prosecution Discretion Authority | CBP AR000001 |
| March 20, 2021 | Email, concise talking points | CBP AR000003 |
| March 19, 2021 | Memorandum, Prosecutorial Discretion | CBP AR000006 |
| March 19, 2021 | Email, FW: USBP Prosecutorial Discretion | CBP AR000008 |
| March 15, 2021 | Email, RE: Positive COVID-19 test/BPA [REDACTED] | CBP AR000009 |
| March 6, 2021 | Email, Re: Current Situation, Steps Taken, Immediate Requests | CBP AR000011 |
| February 22, 2021 | Email, Re: Numbers | CBP AR000013 |
| February 19, 2021 | Email, Situational Awareness - RGV FMUAs Detainees | CBP AR000016 |
| February 17, 2021 | Email, FW: Updated TPs on Stats on Southern Border Migration Increase | CBP AR000017 |
| February 13, 2021 | Email, All UACs Title 8; CDC Order | CBP AR000022 |
| February 11, 2021 | CDC Order Temporarily Exempting Unaccompanied Noncitizen Children | CBP AR000024 |
| February 11, 2021 | Email, Re: For today's Daily Border Update | CBP AR000027 |
| February 3, 2021 | Graphic, COVID-19 | CBP AR000030 |
| January 31, 2021 | Graphic, DHS National Operations Center COVID-19 Placemat | CBP AR000042 |
| January 2021 – March 2021 | Representative USBP SWB Statistics | CBP AR000044 |
| October 13, 2020 | CDC Order on Title 42 | CBP AR000147 |
| October 2015 | CBP National Standards on Transport, Escort, Detention, and Search | CBP AR000161 |

---

[1] The filing of this Administrative Record is not a concession that the decision of the former Chief of the U.S. Border Patrol is subject to judicial review.

# **<u>SECTION 5</u>**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

STATE OF ARIZONA, et al.,

               Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF HOMELAND
SECURITY, et al.,

               Defendants.

2:21-cv-00186-SRB

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Matthew C. Allen, pursuant to 28 U.S.C. §1746, declare under penalty of perjury as follows:

    1.    I am the Senior Official performing the duties of the Deputy Director for U.S. Immigration and Customs Enforcement ("ICE"). I have held this position since January 17, 2021. In this capacity, I am the second highest ranking official within ICE and oversee all of its component groups, including the day-to-day operations of the agency, an annual budget of over $8 billion, and more than 20,000 employees. Prior to this current position, I was the Acting Executive Associate Director for Homeland Security Investigations (HSI) from January 1, 2021 to January 17, 2021. I have also held positions at ICE Headquarters as the Deputy Executive Associate Director, the Assistant Director for Domestic Operations, and the Assistant Director for HSI's Investigative programs Division. I was also the Special Agent in Charge for HSI Phoenix from 2008 until 2016. In total, I have over 31 years of federal law enforcement experience, including the U.S. Customs Service and HSI.

2.      The facts attested to herein are based upon my personal knowledge or upon

information provided to me in my official capacity, and upon conclusions and determinations

reached and made in accordance therewith.

3.      The documents listed in the accompanying Administrative Record Index and

contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true

and complete copy of all documents and materials considered by ICE in issuing the February 18,

2021 Interim Guidance, titled *Interim Guidance: Civil Immigration Enforcement and Removal

Priorities.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2021 in Washington, D.C.

Matthew C. Allen
Senior Official Performing the Duties of the
Deputy Director
U.S. Immigration and Customs Enforcement

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| STATE OF ARIZONA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | 2:21-cv-00186-SRB<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT ADMINISTRATIVE RECORD FOR FEBRUARY 18, 2021 INTERIM GUIDANCE** |

## INDEX TO ADMINISTRATIVE RECORD

| DOCUMENT | PAGE |
|---|---|
| 1.  Interim Guidance: Civil Immigration Enforcement and Removal Priorities (February 18, 2021) | AR_AZ_00000001 |
| 2.  Revision of Civil Immigration Enforcement Policies and Priorities, Executive Order 13993 (Jan. 20, 2021). | AR_AZ_00000008 |
| 3.  Department of Homeland Security, Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities, Memorandum from Acting Secretary David Pekoske (January 20, 2021). | AR_AZ_00000010 |
| 4.  Review of and Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities, Email from Enrique M. Lucero (Jan. 21, 2021), with attachment of DHS Acting Secretary David Pekoske January 20, 2021 Memorandum. | AR_AZ_00000015 |
| 5.  Detention Data, Email from Tae Johnson with attachments Detention Inventory Report 1.22.21 and Current Detained by FY21 CEIP_LESA-STU (Jan. 22, 2021). | AR_AZ_00000016 |
| 6.  Attachment: Detention Inventory Report (Jan. 22, 2021)- Redacted. | AR_AZ_00000020 |

| | |
|---|---|
| 7. Attachment: Current Detained by FY21 CEIP_LESA-STU- Redacted. | AR_AZ_00001574 |
| 8.  [Redacted], Request to Continue Removal on 01/29/2021, Email from Matthew Baker (Jan. 25, 2021), with attachment [Redacted]. | AR_AZ_00004612 |
| 9. [Redacted]- HIGH PROFILE REMOVAL OPERATION PLAN, Email from Lynette A. Sumait (Jan. 25, 2021), with attachments High Profile Removal Operational Plan and Order of Judicial Removal. | AR_AZ_00004617 |
| 10. HIGH PROFILE REMOVAL OPERATION PLAN (Jan. 20, 2021). | AR_AZ_00004618 |
| 11. Order of Judicial Removal, *United States v. Ahmed*, No. 12-CR-00661 (E.D.N.Y filed Jan. 27, 2016). | AR_AZ_00004629 |
| 12. Notification to ICE Employees- Temporary Restraining Order Issued in Texas v. United States, No. 21-00003 (S.D. Tex. Filed Jan. 22, 2021), Email from Matthew Allen (Jan. 26, 2021), with attachments of DHS January 20, 2021 Memorandum and Order Granting Plaintiff's Emergency Application for a Temporary Restraining Order, *Texas v. United States*, No. 21-00003 (S.D. Tex.) (issued Jan. 26, 2021). | AR_AZ_00004631 |
| 13. Re: Request for DHS to comply with its agreement with the Arizona Attorney General's Office before instituting "pause on removals", Letter from Arizona Attorney General Mark Brnovich to DHS Acting Secretary David Pekoske, (Jan. 26, 2021). | AR_AZ_00004657 |
| 14. AGREEMENT BETWEEN THE DEPARTMENT OF HOMELAND SECURITY AND THE ARIZONA ATTORNEY GENERAL'S OFFICE AND THE ARIZONA DEPARTMENT OF LAW (Jan. 8, 2021). | AR_AZ_00004660 |
| 15. ERO Historical book-in data to new DHS memo and PEP, Email from Enrique M. Lucero (Jan. 27, 2021) (with attachments). | AR_AZ_00004670 |
| 16. FY 2021 YTD ICE Book-Ins by FY CEIP Priorities, Attachment to Enrique M. Lucero Email (Jan. 27, 2021). | AR_AZ_00004673 |
| 17. In Re: The recent Refusal of the Department of Homeland Security to acknowledge Immigration and Customs Enforcement Detainers (W.D. Tex., Jan. 28, 2021), General Order. | AR_AZ_00004675 |
| 18. Guidance for Compliance with the Temporary Restraining Order Issued in Texas v. United States, -- F.Supp.3d --, 2021 WL 247877 (S.D. Tex. Jan. 26, 2021), Memorandum from DHS Acting Secretary David Pekoske (Jan. 31, 2021). | AR_AZ_00004677 |

| | |
|---|---|
| 19. Letter, ICE is Doubling Down on Cruelty. It Has to Stop, from Haitian Bridge Alliance (Feb. 1, 2021). | AR_AZ_00004679 |
| 20. Creating a Comprehensive Regional Framework To Address the Causes of Migration, To Manage Migration Throughout North and Central America, and To Provide Safe and Orderly Processing of Asylum Seekers at the United States Border, Executive Order 14010 (Feb. 2, 2021). | AR_AZ_00004681 |
| 21. Establishment of Interagency Task Force on the Reunification of Families, Executive Order 14011 (Feb. 2, 2021). | AR_AZ_00004686 |
| 22. Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans, Executive Order 14012 (Feb. 2, 2021). | AR_AZ_00004689 |
| 23. FW: ERO DEN's 48 Hour Notification of Subject in Custody: LPR [Redacted], Email from Jesse Williams II (Feb. 3, 2021). | AR_AZ_00004693 |
| 24. Letter re release of people from ICE custody pursuant to January 20 memorandum, Email from Jordan Wells ACLU, with attachment Letter (Feb. 2, 2021). | AR_AZ_00004694 |
| 25. Attachment: Letter, Release of people from ICE custody pursuant to January 20 memorandum, from ACLU (Feb. 2., 2021). | AR_AZ_00004695 |
| 26. ICE's Removal Priorities, Email from Tae Johnson (Feb. 4, 2021). | AR_AZ_00004699 |
| 27. New Biden rules for ICE point to fewer arrests and deportations, and a more restrained agency, The Washington Post (Feb. 7, 2021). | AR_AZ_00004701 |
| 28. *Texas v. United States*, No. 21-00003 (Feb. 8, 2021), Order Extending Temporary Restraining Order (issued Feb. 8, 2021). | AR_AZ_00004705 |
| 29. Notification to ICE Employees- Temporary Restraining Order Issued in Texas v. United States, No. 21-00003 (S.D. Tex. filed Jan. 22, 2021), Email from Matthew Allen (Feb. 10, 2021). | AR_AZ_00004711 |
| 30. Letter, NGO Letter Urging Affirmative ICE Custody Review Process (dated Feb. 11, 2021). | AR_AZ_00004712 |
| 31. Department of Homeland Security, Department Policy Regarding Investigative Data and Event Deconfliction, Policy Directive 045-04 (Oct. 18, 2016). | AR_AZ_00004721 |
| 32. Guidance to OPLA Attorneys Regarding Implementation of the President's Executive Orders and the Secretary's Directives on Immigration Enforcement, Memorandum from Tracy Short (Aug. 15, 2017). | AR_AZ_00004726 |
| 33. Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removeable Aliens, USCIS Policy Memorandum PM-602-0050 (Nov. 7, 2011). | AR_AZ_00004735 |

| | |
|---|---|
| 34. Updated Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Deportable Aliens, USCIS Policy Memorandum PM-602-0050.1 (Jun. 28, 2018). | AR_AZ_00004744 |
| 35. Interim Guidance for Civil Immigration Enforcement and Removal Operations, Email from Tae Johnson (Feb. 18, 2021). | AR_AZ_00004755 |
| 36. Frequently Asked Questions re: Interim Civil Immigration Enforcement and Removal Policies and Priorities (Feb. 18, 2021). | AR_AZ_00004756 |
| 37. For AD1 Review: [Redacted], Email from William Joyce (Jan. 25, 2021). | AR_AZ_00004760 |
| 38. Renewing Meeting Request (Implementation of Interim Priorities) + Process Proposal for Escalation, Email Chain from Heidi Altman from National Immigrant Justice Center (Feb. 5, 2021), with attachment Letter: NGO proposal case escalations- stop gap 2.5.21. | AR_AZ_00004762 |
| 39. Attachment, NGO proposal case escalations- stop gap 2.5.21, Letter from NIJC (Feb. 4. 2021). | AR_AZ_00004764 |

# **SECTION 6**

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, | ) ) ) | |
| | ) | Case Nos. 1:20-cv-03438-TNM |
| Plaintiffs, | ) | 1:21-cv-01198-TJK |
| | ) | (consolidated cases) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) ) | |

## DECLARATION OF CHRISTOPHER S. KELLY

I, Christopher S. Kelly, declare as follows:

1.      I am employed by the United States Department of Homeland Security ("DHS") as a Deputy Assistant Director for the Office of Regulatory Affairs and Policy, at U.S. Immigration and Customs Enforcement ("ICE"), and my office is located in Washington, D.C.

2.      As part of my assigned duties, I oversaw the compilation of the documents responsive to allegations in Count VI of the First Amended Complaint, which challenge the Memorandum *Rescinding Delegations of Authority to Administer and Enforce Provisions Relating to Civil Penalties for Failure to Depart* (Apr. 22, 2021).

3.      Attached to this Declaration is an index of the non-privileged documents that comprise the administrative record for the Memorandum *Rescinding Delegations of Authority to*

*Administer and Enforce Provisions Relating to Civil Penalties for Failure to Depart* (Apr. 22, 2021).

4.      All non-privileged documents identified in the index constitute a true and correct copy of the documents referenced in paragraph 3.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

CHRISTOPHER S KELLY
2022.12.14 16:34:26
-05'00'

_____
Christopher S. Kelly

Executed on this __14__ day of December 2022, in Washington, D.C.

2

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case Nos. 1:20-cv-03438-TNM ) 1:21-cv-01198-TJK |
| v. | ) (consolidated cases) ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### Index of the Record for the Rescission of Civil Penalties for Failure to Depart

| DOC | DESCRIPTION  (Reverse Chronological Order) | BATES |
|---|---|---|
| 1 | U.S. Dep't of Homeland Sec., website posting: *DHS Announces Rescission of Civil Penalties for Failure-to-Depart* (Last Updated: April 23, 2021). | DHS-ICE Fines-0001 |
| 2 | U.S. Dep't of Homeland Sec., U.S. Immigration and Customs Enforcement, Memorandum from Assistant Director of Office of Policy and Planning Christopher S. Kelly, *Rescinding Delegations of Authority to Administer and Enforce Provisions Relating to Civil Penalties for Failure to Depart* (Apr. 22, 2021). | DHS-ICE Fines-0002 - DHS-ICE Fines-0006 |
| 3 | U.S. Dep't of Justice, Executive Office for Immigration Review, Adjudication Statistics: FY 2021 Decision Outcomes (Date Generated: Jan. 7, 2021). | DHS-ICE Fines-0007 |
| 4 | U.S. Dep't of Homeland Sec., U.S. Immigration and Customs Enforcement, ICE Delegation No. 006-2020, *Delegation of Authority to Administer Certain Provisions Relating to Civil Penalties for Failure to Depart* (Sep. 25, 2020). | DHS-ICE Fines-0008 - DHS-ICE Fines-0009 |
| 5 | U.S. Dep't of Homeland Sec., U.S. Immigration and Customs Enforcement, Office of the Deputy Director, *Briefing Materials: ICE Civil Fines Pilot Project Update* (May 20, 2020). | DHS-ICE Fines-0010 |
| 6 | U.S. Dep't of Homeland Sec., U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations, ERO Delegation No. 0003.1, *Re-delegation of Authority to Administer and Enforce Provisions Relating to Civil Penalties for Failure to Depart* (Jan. 6, 2020). | DHS-ICE Fines-0011 |
| 7 | U.S. Dep't of Justice, Executive Office for Immigration Review, Statistics Yearbook Fiscal Year 2018, available at: https://www. justice.gov/eoir/statistical-year-book (Last Updated: Aug. 30, 2019). | DHS-ICE Fines-0012 - DHS-ICE Fines-0055 |

| DOC | DESCRIPTION  (Reverse Chronological Order) | BATES |
|---|---|---|
| 8 | U.S. Dep't of Homeland Sec., U.S. Immigration and Customs Enforcement, ICE Delegation No. 01-2018, *Delegation of Authority to Administer and Enforce Provisions Relating to Civil Penalties for Failure to Depart* (Jun. 19, 2018). | DHS-ICE Fines-0056 - DHS-ICE Fines-0057 |
| 9 | U.S. Dep't of Homeland Sec., U.S. Immigration and Customs Enforcement, ICE Directive No. 10088.1, *Fines and Penalties for Civil Violations of Immigration Law* (Jun. 19, 2018). | DHS-ICE Fines-0058 - DHS-ICE Fines-0061 |

# __SECTION 7__

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MASSACHUSETTS COALITION FOR )
IMMIGRATION REFORM, *et al.*, )
 )
 ) Case Nos. 1:20-cv-03438-TNM
Plaintiffs, ) 1:21-cv-01198-TJK
 ) (consolidated cases)
v. )
 )
U.S. DEPARTMENT OF HOMELAND )
SECURITY, *et al.*, )
 )
Defendants. )
 )
_____ )

## DECLARATION OF JULIANA BLACKWELL

I, Juliana Blackwell, declare as follows:

1.    I am employed by the U.S. Department of Homeland Security (DHS) as the

Deputy Executive Secretary. My office is located in Washington, D.C.  I am responsible for the

oversight and management of the Office of the Executive Secretary, which oversees the

management of written communication intended for, and originated by, the Secretary and the

Deputy Secretary of Homeland Security and maintain official DHS records. I have held this

position since August 2019.

2.    As part of my assigned duties, I oversaw the compilation of the documents

responsive to allegations in Count IX of the First Amended Complaint, which challenges DHS's

alleged "restart [of] a program through the use of parole authority by DHS in lieu of a refugee

program specifically for Central Americans." Compl. ¶ 248. Count IX does not accurately

describe an actual DHS decision. In good faith, DHS has read Count IX to include the

1

announcement by the Department of State (DOS) in March 2021 to reopen the Central American

Minors (CAM) program in two phases, and the joint announcement by DOS and DHS in June

2021 regarding the expansion of CAM.

3.     Attached to this Declaration is an index of the non-privileged documents that

correspond to the allegations referenced in paragraph 2 of this Declaration.

4.     The index, certification, and non-privileged documents have been provided to

Plaintiffs' counsel for production to the Plaintiffs. All non-privileged documents identified in the

index constitute a true and correct copy of the documents referenced in paragraph 2.  I declare

under penalty of perjury that the foregoing is true and correct.

JULIANA J
BLACKWELL

Digitally signed by
JULIANA J BLACKWELL
Date: 2022.12.09 13:25:39
-05'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security


Executed on this __9__ day of December 2022, in Washington, D.C.

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, | ) ) ) | Case Nos. 1:20-cv-03438-TNM |
| Plaintiffs, | ) ) | 1:21-cv-01198-TJK (consolidated cases) |
| v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**Index of the Documents Related to the**
**Central American Minors (CAM) Program for Parole**

| DOC | DESCRIPTION  (Reverse Chronological Order) | BATES |
|---|---|---|
| | **Executive Orders and Guidance** | |
| 1 | *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, Exec. Order No. 14,010, 86 Fed. Reg. 8,267 (Feb. 2, 2021). | DHS-CAM-0001 - DHS-CAM-0005 |
| 2 | *Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans*, Exec. Order No. 14,012, 86 Fed. Reg. 8,277 (Feb. 2, 2021). | DHS-CAM-0006 - DHS-CAM-0009 |
| 3 | *Protecting the Nation From Foreign Terrorist Entry into the United States*, Exec. Order No. 13,780, 82 Fed. Reg. 13,209 (Mar. 6, 2017). | DHS-CAM-0010 - DHS-CAM-0020 |
| 4 | Memorandum, *Implementing Immediate Heightened Screening and Vetting of Applications for Visas and Other Immigration Benefits, Ensuring Enforcement of All Laws for Entry Into the U.S., and Increasing Transparency Among Departments and Agencies of the Federal Government and for the American People*, Memorandum for the Secretary of State[,] the Attorney General[, and] the Secretary of Homeland Sec., 82 Fed. Reg. 16,279 (Mar. 6, 2017). | DHS-CAM-0021 - DHS-CAM-0023 |
| 5 | *Border Security and Immigration Enforcement Improvements*, Exec. Order 13,767, 82 Fed. Reg. 8,793 (Jan. 25, 2017). | DHS-CAM-0024 - DHS-CAM-0028 |
| | | |

| DOC | DESCRIPTION  (Reverse Chronological Order) | BATES |
|---|---|---|
| | **Press and Public Issuances** | |
| 6 | U.S. Dep't of State, Bureau of Population, Refugees and Migration, Central American Minors (CAM) Program, website posting: *Central American Minors 2021 Reopening* (Last Reviewed: Dec. 2, 2022). | DHS-CAM-0029 - DHS-CAM-0038 |
| 7 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting: *Central American Minors (CAM) Refugee and Parole Program* (Last Reviewed/Updated: June 22, 2022). | DHS-CAM-0039 - DHS-CAM-0046 |
| 8 | *Notice, Notice of Information Collection Under OMB Emergency Review: Affidavit of Relationship for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras*, 86 Fed. Reg. 34,300 (June 29, 2021). | DHS-CAM-0047 - DHS-CAM-0048 |
| 9 | U.S. Dep't of State, Office of the Spokesperson, Media Note, *Joint Statement by the U.S. Department of State and U.S. Department of Homeland Security on the Expansion of Access to the Central American Minors Program* (June 15, 2021). | DHS-CAM-0049 - DHS-CAM-0052 |
| 10 | U.S. Dep't of State, Office of the Spokesperson, Media Note, website posting: *Restarting the Central American Minors Program* (Mar. 10, 2021). | DHS-CAM-0053 - DHS-CAM-0055 |
| 11 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting: *In-Country Refugee/Parole Processing for Minors in Honduras, El Salvador and Guatemala (Central American Minors – CAM)* (Nov. 15, 2017). | DHS-CAM-0056 - DHS-CAM-0059 |
| 12 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting:  *Status of the Central American Minors Program* (Nov. 15, 2017). | DHS-CAM-0060 |
| 13 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting: *Status of the Central American Minors Program* (Nov. 9, 2017). | DHS-CAM-0061 |
| 14 | U.S. Dep't of State, Office of the Spokesperson, Media Note, website posting: *Status of the Central American Minors Program* (Nov. 8, 2017). | DHS-CAM-0062 - DHS-CAM-0065 |
| 15 | *60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras*, Notice of Request for Public Comment, 82 Fed. Reg. 39487 (Aug. 18, 2017). | DHS-CAM-0066 - DHS-CAM-0067 |
| 16 | *Termination of the Central American Minors Parole Program*, 82 Fed. Reg 38,926 (Aug. 16, 2017). | DHS-CAM-0068 - DHS-CAM-0069 |
| 17 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting: *Central American Minors (CAM), Information for Parole Applicants* (Last Reviewed/Updated: Aug. 16, 2017). | DHS-CAM-0070 - DHS-CAM-0074 |
| 18 | *Notice, 30-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras*, 82 Fed. Reg. 19,308 (Apr. 26, 2017). | DHS-CAM-0075 - DHS-CAM-0076 |

| DOC | DESCRIPTION  (Reverse Chronological Order) | BATES |
|---|---|---|
| 19 | *Notice, 60-Day Notice of Proposed Information Collection: Affidavit of Relationship (AOR) for Minors Who Are Nationals of El Salvador, Guatemala, or Honduras*, 82 Fed. Reg. 10,850 (Feb. 15, 2017). | DHS-CAM-0077 - DHS-CAM-0078 |
| 20 | U.S. Dep't of State, Office of the Spokesperson, Media Note, website posting: *Fact Sheet:  Expansion of the Central American Minors (CAM) Program* (Nov. 15, 2016). | DHS-CAM-0079 - DHS-CAM-0081 |
| 21 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting:  *Hearing Testimony on "Oversight of U.S. Citizenship and Immigration Services," before the House Judiciary Subcommittee on Immigration and Border Security on December 9, 2015 by USCIS Director Leon Rodriguez* (Dec. 9, 2015). | DHS-CAM-0082 - DHS-CAM-0095 |
| 22 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting:  *Eroding the Law and Diverting Taxpayer Resources an Examination of the Administration's Central before the Senate Committee on the Judiciary on April 2015 by USCIS Associate Director Joseph Langlois* (Apr. 23, 2015). | DHS-CAM-0096 - DHS-CAM-0100 |
| 23 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting: *Central American Minors (CAM) Refugee/Parole Program* (Last Reviewed/Updated: Apr. 1, 2015). | DHS-CAM-0101 |
| 24 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv.: *Teleconference Invitation: Central American Minors (CAM) Refugee/Parole Program*, March 31, 2015 (Last Reviewed/Updated: Mar. 31, 2015). | DHS-CAM-0102 |
| 25 | U.S. Dep't of State, Office of the Spokesperson, Media Note, website posting: *Launch of In-Country Refugee/Parole Program for Children in El Salvador, Guatemala, and Honduras with Parents Lawfully Present in the United States* (Dec. 3, 2014). | DHS-CAM-0103 - DHS-CAM-0104 |
| 26 | U.S. Dep't of State, Bureau of Population, Refugees, website posting: *Fact Sheet: In-Country Refugee/Parole Program for Minors in El Salvador, Guatemala, and Honduras with Parents Lawfully Present in the United States* (Nov. 14, 2014). | DHS-CAM-0105 - DHS-CAM-0106 |

# **<u>SECTION 8</u>**

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR<br>IMMIGRATION REFORM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case Nos. 1:20-cv-03438-TNM
1:21-cv-01198-TJK
(consolidated cases)

## DECLARATION OF JULIANA BLACKWELL

I, Juliana Blackwell, declare as follows:

1.      I am employed by the U.S. Department of Homeland Security (DHS) as the

Deputy Executive Secretary. My office is located in Washington, D.C.  I am responsible for the

oversight and management of the Office of the Executive Secretary, which oversees the

management of written communication intended for, and originated by, the Secretary and the

Deputy Secretary of Homeland Security and maintain official DHS records. I have held this

position since August 2019.

2.      As part of my assigned duties, I oversaw the compilation of the documents

responsive to allegations in Count X of the First Amended Complaint, which challenges DHS's

alleged "adoption of a new policy by DHS to create a new program through the use of parole

authority by DHS in lieu of a refugee program specifically for Afghani nationals." Compl. ¶ 251.

Count X does not describe an actual DHS decision. In good faith, DHS submits the

administrative record for the Memorandum *Guidance for the Immigration Processing of Afghan*

1

*Citizens During Operation Allies Refuge*, from Secretary of Homeland Security Alejandro N. Mayorkas to Acting Commissioner of CBP Troy Miller (August 23, 2021).

3.      Attached to this Declaration is an index of the non-privileged documents that comprise the administrative record for the Memorandum *Guidance for the Immigration Processing of Afghan Citizens During Operation Allies Refuge*, from Secretary of Homeland Security Alejandro N. Mayorkas to Acting Commissioner of CBP Troy Miller (August 23, 2021).

4.      The index, certification, and non-privileged documents have been provided to Plaintiffs' counsel for production to the Plaintiffs. All non-privileged documents identified in the index constitute a true and correct copy of the documents referenced in paragraph 3.  I declare under penalty of perjury that the foregoing is true and correct.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2022.12.14 17:26:21 -05'00'

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
Department of Homeland Security

Executed on this  14th  day of December 2022, in Washington, D.C.

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | Case Nos. 1:20-cv-03438-TNM 1:21-cv-01198-TJK (consolidated cases) |
| v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**Index of the Record for the Memorandum *Guidance for the Immigration Processing of Afghan Citizens During Operation Allies Refuge*, from Secretary of Homeland Security Alejandro N. Mayorkas to Acting Commissioner of CBP Troy Miller (August 23, 2021)**

| DOC | DESCRIPTION  (Reverse Chronological Order) | BATES |
|---|---|---|
| | **Guidance and Session Laws** | |
| 1 | Memorandum from the Secretary of Homeland Security Alejandro N. Mayorkas, *Guidance for the Immigration Processing of Afghan Citizens During Operation Allies Refuge* (August 23, 2021). | DHS-Aug 23 Memo-0001 |
| 2 | Emergency Security Supplemental Appropriations Act, 2021, Pub. L. No. 117-31, 135 Stat. 321 (2021). | DHS-Aug 23 Memo-0002 – DHS-Aug 23 Memo-00014 |
| | **Press and Public Issuances** | |
| 3 | U.S. Dep't of Homeland Sec., U.S. Citizenship and Immigration Serv., website posting: *Afghan Special Immigrant Parolee and Lawful Permanent Resident Status* (Last Reviewed/Updated: Aug. 12, 2022). | DHS-Aug 23 Memo-0015 – DHS-Aug 23 Memo-0016 |

1