UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 1:120-cv-03438 (TNM) |

## ORDER

The Court ORDERS that the following briefing and discovery schedule is ADOPTED in this case:

Plaintiffs shall file any motion for leave to amend their Complaint, along with any proposed Amended Complaint, on or before December 29, 2023.  Defendants shall file their responsive pleading to any Amended Complaint on or before January 19, 2024.

The parties shall begin serving fact discovery on December 13, 2023, and conclude fact discovery by May 17, 2024.  Plaintiffs shall disclose their anticipated fact witnesses along with the expected subject matter of their testimony by December 13, 2023.  Defendants shall do the same by January 10, 2024.  All depositions of fact witnesses shall be concluded by April 12, 2024.

Plaintiffs shall identify any expert witnesses they anticipate calling to testify on or before February 2, 2024.  Defendants shall do the same by March 1, 2024.  Each party shall not exceed two expert witnesses.  Plaintiffs shall produce their expert reports for Defendants by March 29, 2024.  Defendants shall produce their expert reports and rebuttals to Plaintiffs' expert reports by

April 26, 2024. Plaintiffs shall produce any rebuttals to Defendants' expert reports by May 17, 2024. All depositions of expert witnesses shall be concluded by May 31, 2024.

The parties shall appear telephonically for a post-discovery and pre-hearing status conference on Monday, June 3, 2024, at 10:00 AM before Judge Trevor N. McFadden. The parties shall appear for an in-person evidentiary hearing on Plaintiffs' standing in this case on Wednesday, June 26, 2024, at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden.

**SO ORDERED**.

Dated: November 30, 2023                           TREVOR N. McFADDEN, U.S.D.J.