Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

Massachusetts Coalition for Immigration Reform, et al
VS.
USCIS et all.

Civil/Criminal No. 20-cv-3438

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | ~~EXHIBITS SENT INTO JURY (date & time)~~ |
|---|---|---|---|---|---|
| 1 | Curriculum Vitae of Witness Rodney Scott | 7/31/2024 | 7/31/2024 | Rodney Scott | |
| 2 | Presidential Order Terminating Border Emergency | 7/31/2024 | 7/31/2024 | | |
| 3 | Photo of Gap in Border Barrier in Arizona | 7/31/2024 | 7/31/2024 | Rodney Scott | |
| 4 | Photo of Concrete Piles Along Arizona Border | 7/31/2024 | 7/31/2024 | Rodney Scott | |
| 5 | Termination of Migrant Protection Protocols | 7/31/2024 | 8/1/2024 | Rodney Scott | |
| 6 | Curriculum Vitae of Witness Mark Morgan | 7/31/2024 | 7/31/2024 | Mark Morgan | |
| 7 | Chart of Border Statistics from Border Patrol | 7/31/2024 | 7/31/2024 | Mark Morgan | |
| 8 | Photo of Fabricated Steet Ballards in Arizona | 7/31/2024 | 7/31/2024 | Mark Morgan | |
| 9 | Deposition of Gail Getzwiller | 8/1/2024 | 8/1/2024 | | |
| | | | | | |