UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MASSACHUSETTS COALITION FOR IMMIGRATION REFORM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>Defendants. | Case Nos. 1:20-cv-03438-TNM<br>1:21-cv-01198-TJK<br>(consolidated cases)<br><br>**JOINT MOTION TO CONTINUE IN PERSON STATUS CONFERENCE** |

Pursuant to this Court's Minute Order of February 3, 2025, the parties are ordered to appear for an in-person status conference on February 25, 2025. The parties have since conferred by telephone and given recent changes involving the underlying policies at issue in this case, would like to discuss the possibility of an out-of-court resolution. The parties believe that a status conference after those discussions have taken place would be more substantive. The parties accordingly jointly request that the Court extend the status conference by 30 days or to a similar length of time that suits the Court's convenience.

Dated: February 19, 2025

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY 4103131)
ERIKA NORMAN (CA 268425)
TYLER ALEXANDER (CA 313188)
Trial Attorneys
Natural Resources Section

1

150 M Street NE
Washington, DC 20002
Tel: (202) 305-0475 (Norman)
Fax: (202) 305-0506
email: erika.norman@usdoj.gov
    sean.c.duffy@usdoj.gov
    tyler.alexander@usdoj.gov

*Attorneys for Defendants*


*/s/ Julie Axelrod*

D.C. Bar No. 1001557
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington, DC, 20006
Telephone: 202-466-8185
FAX: 202-466-8076
Email: jba@cis.org

*Attorney for Plaintiff*